# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOAN MIGLIACCIO,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>**PARKER HANNIFIN CORPORATION,**<br><br>　　　　　　　　　Defendant. | Case No. 1:22-CV-00835<br><br>**Judge Dan Aaron Polster**<br><br>Complaint filed May 20, 2022 |
| **GARY ROWE,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>**PARKER HANNIFIN CORPORATION,**<br><br>　　　　　　　　　Defendant. | Case No. 1:22-CV-00852<br><br>**Judge Bridget Meehan Brennan**<br><br>Complaint filed May 23, 2022 |
| **MICHELLE MULANAX,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>**PARKER-HANNIFIN CORPORATION,**<br><br>　　　　　　　　　Defendant. | Case No. 1:22-CV-00891<br><br>**Judge J. Philip Calabrese**<br><br>Complaint filed May 27, 2022 |
| **EVELYN HARRIS,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>**PARKER-HANNIFIN CORPORATION,**<br><br>　　　　　　　　　Defendant. | Case No. 1-22-CV-00943<br><br>**Judge Charles E. Fleming**<br><br>Complaint filed June 3, 2022 |

**ORDER CONSOLIDATING ACTIONS**

Plaintiffs' Unopposed Motion for Consolidation having been read and considered, and it appearing to the Court that there are common questions of law and fact and that consolidation will avoid expense and delay for good cause shown, this Honorable Court hereby GRANTS the Motion and ORDERS the following:

1. *Migliaccio v. Parker Hannifin Corporation*, No. 1:22-CV-00835 (N.D. Ohio); *Rowe v. Parker Hannifin Corporation,* No. 1:22-CV-00852 (N.D. Ohio); *Mulanax v. Parker-Hannifin Corp.*, No. 1:22-CV-00891 (N.D. Ohio); *Harris* v. *Parker-Hannifin Corp.*, No. 1:22-CV-00943 (N.D. Ohio) are hereby consolidated for all purposes with the first filed action, *Migliaccio v. Parker Hannifin Corporation*, No. 1:22-CV-00835 (N.D. Ohio). Thereafter, *Rowe*, *Mulanax,* and *Harris* will be administratively closed. *Migliaccio* hereinafter will be a Consolidated Action;

2. Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the forgoing shall be construed as a waiver of Defendant's right to object to consolidation of any subsequently-filed or transferred related action;

3. Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, service by e-mail transmission shall be permitted in addition to service via ECF notification;

4. Plaintiffs shall file a consolidated amended complaint within thirty (30) days of this Order; and,

5. Defendant shall have 30 days from the filing of the consolidated amended complaint to file a motion to dismiss, Plaintiffs shall have 30 days thereafter to file their opposition, and Defendant shall have 21 days thereafter to file a reply in support.

SO ORDERED this  15th  day of June, 2022.

_____
United States District Judge, Judge Dan Aaron Polster